606 A.2d 897

**COMMONWEALTH of Pennsylvania**

v.

**James Michael WEBB, Appellant.**

Supreme Court of Pennsylvania.

Argued March 9, 1992.

Decided May 13, 1992.

Reargument Denied Dec. 17, 1992.

Michelle Hawk Kelley, Erie, for appellant.

24

William R. Cunningham, Dist. Atty., Douglas J. Wright, James K. Vogel, Asst. Dist. Atty., Jenifer Shirey, Erie, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.